JS - 6

**FILED: 10/25/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Miriam Sawyer, et al.*, <br><br>　　　　　　**Plaintiff,** <br><br>　　　v. <br><br> *Broadway National Bank, et al.*, <br><br>　　　　　　**Defendant.** | CASE NO. CV 13-4664-GHK (Ex) <br><br> **JUDGMENT** |

Pursuant to the Court's October 25, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiffs' claims for declaratory relief are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: October 25, 2013

_____
GEORGE H. KING
Chief United States District Judge